1
2
3
4            UNITED STATES DISTRICT COURT
5            EASTERN DISTRICT OF WASHIGNTON
6
7
JOHN CLIFTON WEYAND,                No. CV-12-5074-JPH
8
9            Plaintiff,              JUDGMENT
        v.
10   CAROLYN W. COLVIN, Acting
11   Commissioner of Social Security,
12
             Defendant.
13
14   **DECISION BY THE COURT:**
15
16       This action came to hearing before the Court.  The issues have been heard
17   and a decision has been rendered.
18
19       **IT IS ORDERED AND ADJUDGED** that:
20       Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion
21   for Summary Judgment dismissal is **GRANTED**.   Judgment is entered for
22   Defendant.
23       DATED:  October 22, 2013
24
25                          SEAN McAVOY
                            District Court Executive/Clerk
26
27                          s/ L. Stejskal
                            Deputy Clerk
28